**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Frederick K. Brown | ) | |
| | ) | Case No. 19-<u>11590</u> (BLS) |
| | ) | |
| Debtor. | ) | |

## 1ST AMENDED CHAPTER 13 PLAN

**I.    Notice**

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL. BANKR. L.R. 3023-1 AND YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. IF YOU OPPOSE THE PLAN'S TREATMENT OF YOUR CLAIM OR ANY PLAN PROVISION YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST 7 DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING. THE BANKRUPTCY COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION IS FILED. SEE BANKRUPTCY RULE 3015. YOU SHOULD NOTE THE FOLLOWING:

| | |
|---|---|
| N/A | The plan seeks to limit the amount of a secured claim, as set out in III.2, which may result in partial payment or no payment at all to the secured creditor |
| N/A | The plan will seek avoidance of a lien or security interest |
| X | The plan contains nonstandard provisions in paragraph VI |

**II.    Plan payments and length of Plan:** The future earnings of the Debtor are submitted to the supervision and control of the court and the Debtor's employer or the Debtor shall pay to the Trustee the sum of **$945.00** (monthly) for **60** months.

**III.    Plan Distribution:** From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

1. **Priority Claims:** Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

    (A) Debtor's Counsel Fees: **$4,000 of which $3,300.00** is to be paid through the plan**.**

    (B) Priority Taxes:
    - New Castle County Sewer Taxes (2016-2019) $**381.89**
    - Internal Revenue Taxes (2013-2015) **$27,283.26**

Taxes:  Upon confirmation, once the proof of claim as filed has been paid, the debt is paid in full and discharged, including all interest and penalties, except nothing herein alters the application of the discharge provisions of the Bankruptcy Code, including those as set forth in 11 U.S.C. §§ 1328(a)(2), and 523(a).

(C) Domestic Support Obligations: **N/A**
(D) Other Priority or Administrative Expenses:

- Student Loans: **NA**

2. **Secured Claims:**

    o   Pro rata with
    X   **Or Subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:**

    (A)   Long term or mortgage debt: Mortgage: 7 Bryan Circle, Bear, DE. PRE-PETITION ARREARAGE ONLY, to be paid to **Rushmore Loan Management (for MTGLQ Investors)** in the amount of **$10,998.00**. Debtor shall continue to make regular post-petition payments directly to **Rushmore Loan Management,** beginning August 2019. This section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1 (b)(ii) and the parties shall be so governed. The Debtor(s) reserves their right to object to this Creditor's claim post-confirmation.

    (B)   Secured Vehicle Debt:

    - Secured Vehicle Debt: Pro-rata payments to **Capital One Auto Finance** in the amount of **$9,538.51** (NADA value of $8,125.00 plus 6.5% TILL interest) for the **2010 Lexus ES350.** Creditor to mark account as "paid in full" and turn title over to the Debtor upon completion of payments through this plan and discharge of this case.

3. **Unsecured Claims:** Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:

    - General unsecured creditors will be paid a percentage of their allowed claim on a pro-rata basis

 **IV.** **Leases or Executory Contracts:** The following leases or executory contracts of the Debtor will be treated as follows: **N/A**

 **V.** **Vesting of Property:** Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee. Unless otherwise ordered, upon conversion of the case to Chapter 7 all undistributed plan payments received from Debtor's post-petition wages shall be refunded to the Debtor. Upon dismissal, unless otherwise ordered, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

 **VI.** **Nonstandard Provisions:** Any other nonstandard provision placed elsewhere in this plan is void.

 **VII.** **Filing Proof of Claim Required:** A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed either electronically or as paper. To file an electronic claim, go to the website www.deb.uscourts.gov and client on "File a Claim: and follow the instructions. Once the necessary information is entered the form will be automatically generated. To obtain a claim form to file paper claim, go to the website www.uscourts.gov and click on "Services and Forms, the click on Bankruptcy Forms, then Select B410-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court, Attn: Claims, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

/s/ Frederick K. Brown                  8/1/2019
Debtor's Signature                      Date

**The undersigned certifies that this plan contains no nonstandard provision other than as set forth in paragraph VI above.**

/s/ Cynthia L Carroll                   8/1/2019
Cynthia L. Carroll, Esquire                 Date
262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor
8/1/19: Plan amended to amend amounts owed for IRS taxes

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Frederick K. Brown | ) | |
| | ) | Case No. 19-11590 (BLS) |
| | ) | |
| Debtor. | ) | |

**1st AMENDED CHAPTER 13 PLAN ANALYSIS**

Debtors: <u>Frederick K. Brown</u>            Case No.: <u>19-11590 (BLS)</u>

Prior:  Bankruptcy ()  Chapter 13 ()        Date:

Estimated Length of Plan: <u>  60  </u> months        Trustee Use:

§341 Meeting Date: <u>         </u>            Continued: <u>              </u>

Confirmed Date: <u>          </u>

TOTAL DEBT PROVIDED FOR UNDER
THE PLAN AND ADMINISTRATIVE EXPENSES

| | |
|---|---|
| Total Priority Claims (Class One) | $<u>            </u> |
| Unpaid attorney's fees | $<u>     3,300.00</u> |
| Taxes | $<u>    27,665.15</u> |
| Other | $<u>            </u> |
| | |
| Total of Payments to Cure Defaults (Class Two) | $<u>    10,998.00</u> |
| Total of Payments on Secured Claims (Class Three) | $<u>     9,538.51</u> |
| Total of Payments on Unsecured Claims (Class Four) | $ |
| Sub-total | $<u>    51,501.66</u> |
| Total Trustee's Compensation (10% of debtor's payments) | $<u>     5,150.17</u> |
| Total Debt and Administrative Expenses | $<u>    56,651.83</u> |

---

RECONCILIATION WITH CHAPTER 7

Interest of Class Four Creditors If Chapter 7 Filed
1. Value of Debtor's Interest in Non-exempt Property        $<u>          </u>
2. Plus:  Value of Property Recoverable Under Avoiding
    powers                            $<u>          </u>
3. Less:  Estimated Chapter 7 Administrative Expense        $<u>          </u>

4. Less: Amounts Payable to Priority Creditors other than costs of administration     $_____
5. Equals: Estimated Amount Payable to Class Four Creditors if Chapter 7 Filed (if negative, enter zero)     $_____
   Estimated Dividend Under Plan     $_____


/s/ Frederick K. Brown                                        8/1/2019
Debtor's Signature                                             Date



/s/ Cynthia L Carroll                                         8/1/2019
Cynthia L. Carroll, Esquire                                    Date
262 Chapman Road, Suite 108
Newark DE  19702
(302) 733-0411 (Telephone)
(302) 733-0511 (Facsimile)
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-11590 (BLS) |
| | ) | Chapter 13 |
| Frederick K. Brown, | ) | |
| | ) | Response Deadline: September 16, 2019 |
| Debtors. | ) | Hearing Date: September 23, 2019, 2:30 p.m. |

## NOTICE OF CONFIRMATION OF 1ST AMENDED CHAPTER 13 PLAN

TO:

Michael B. Joseph, Esquire      **Creditors on the attached list**
Chapter 13 Trustee
824 Market Street, Suite 1002
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that you are required to file any objections to the 1ST Amended Chapter 13 Plan on or before September 16, 2019.  At the same time, you must also serve a copy of the response (via 1st Class Mail) upon the Debtors' attorney:

Cynthia L. Carroll, Esquire
262 Chapman Road, Suite 108
Newark, DE  19702

**PLAN CONFIRMATION HEARING ON THIS WILL BE HELD** on September 23, 2019 at 2:30 p.m.  in the U.S. Bankruptcy Court, 824 Market Street, 3rd Floor, Room 309, Wilmington, DE  19801.  IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE ATTACHED PLAN WILL BE CONFIRMED.

**CYNTHIA L. CARROLL, P. A.**


/s/ Cynthia L. Carroll
Dated:  August 1, 2019          Cynthia L. Carroll, Esquire

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:   **Frederick K. Brown**                                   CASE NO.   **19-11590**

                                                                  CHAPTER    **13**

### Certificate of Service

I, Cynthia L. Carroll, Esquire, hereby certify that on this 1st day of August 2019, a copy of the attached 1st Amended Chapter 13 Plan and Notice of Confirmation of 1st Amended Chapter 13 Plan was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules:

Date:   **8/1/2019**                              /s/ Cynthia L. Carroll, Esquire
                                                  **Cynthia L. Carroll, Esquire**
                                                  Attorney for the Debtor(s)

| | | |
|---|---|---|
| Allied Collection Services<br>9301 Oakdale Avenue<br>Suite 205<br>Chatsworth, CA 91311 | Michael B. Joseph, Esquire<br>824 Market Street<br>Suite: 1002<br>P.O. Box 1350<br>Wilmington, DE 19899-1350 | Rushmore Loan Mgmt Srvc<br>Attn: Bankruptcy<br>PO Box 55004<br>Irvine, CA 92619 |
| Artesian Water<br>P.O. Box 15004<br>Wilmington, DE 19850-5004 | New Castle County<br>87 Reads Way<br>New Castle, DE 19720 | State of Delaware Division of Revenue<br>820 North French Street<br>Wilmington, DE 19801 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130 | Office of the U.S. Trustee<br>844 King Street, #2207<br>LockBox: 35<br>Wilmington, DE 19801<br>Attn: Richard L. Schepacarter, Esquire | William P. Brady PA<br>240 N. James Street, Ste. 106<br>Wilmington, DE 19804 |
| Frederick K. Brown<br>7 Bryan Circle<br>Bear, DE 19701 | Orlans, PC<br>4250 Lancaster Pike, Suite 140<br>Wilmington, DE 19805 | |
| Internal Revenue Service<br>Department of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19104-7346 | Portfolio Recovery<br>Attn: Bankruptcy<br>120 Corporate Blvd<br>Norfold, VA 23502 | |